**Rosalba AGUIRRE–CERVANTES aka Maria Esperanza Castillo, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 99–70861**
**I & NS No. A76–627–200**

United States Court of Appeals, Ninth Circuit.

Filed Dec. 7, 2001

Before: SCHROEDER, Chief Judge.

**ORDER**

Pursuant to the parties' stipulation, the opinion of the three-judge panel is vacated and the matter is remanded to the BIA for the stipulated reopening of administrative proceedings.